# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| JASON HEATH ROBBINS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 5:11-cv-1177-RBP-TMP |
| STATE OF ALABAMA, et al., | ) |
| Defendants. | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on October 3, 2011, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted. Specifically, the magistrate judge found that the plaintiff's claims are barred by the applicable statute of limitations. The plaintiff filed objections to the report and recommendation and supporting brief on October 18, 2011. Plaintiff did not address the statute of limitations issue, but instead reargued the underlying merits of his claims.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted. A Final Judgment will be entered.

DATED this 3rd day of November, 2011.

*/s/ Robert B. Propst*

**ROBERT B. PROPST**
**SENIOR UNITED STATES DISTRICT JUDGE**